**FILED**
Feb 03, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL JOSEPH VALENCIA**<br><br>Defendant. | CR NO: 1:24-CR-00264-KES-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Daniel Joseph Valencia

Detained at: Fresno County Jail

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 United States Code § 922(g)(1), (d)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Luke Baty
Printed Name & Phone No: Luke Baty / 559-286-7756
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Feb 3, 2025**

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 2419257 | DOB: | 5/3/1998 |
| Facility Address: | 1225 M. St. Fresno, CA 93721 | Race: | White |
| Facility Phone: | (559) 600-8600 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)