MICHELE BECKWITH
Acting United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00264-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DANIEL JOSEPH VALENCIA, | DATE: March 26, 2025 |
| Defendant. | TIME: 10:30 a.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 26, 2025.

2. By this stipulation, defendant now moves to continue the status conference until July 9, 2025, and to exclude time between March 26, 2025, and July 9, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes body cam evidence, photos, multiple agency offense reports, recorded interviews, and copies of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time for additional investigation and

preparation in Mr. Valencia's case. This is necessary to determine whether it is in Defendant's best interest to set the matter for trial or pursue a negotiated resolution.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 26, 2025 to July 9, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 19, 2025   MICHELE BECKWITH
           Acting United States Attorney

           /s/ LUKE BATY
           LUKE BATY
           Assistant United States Attorney

Dated:  March 19, 2025   /s/ GRIFFIN ESTES
           GRIFFIN ESTES
           Counsel for Defendant
           DANIEL JOSEPH VALENCIA

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 26, 2025, to **July 9, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 19, 2025**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE