HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DANIEL J. VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL J. VALENCIA,<br><br>Defendant. | Case No. 1:24-cr-00264-KES-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Daniel J. Valencia, that the Court may vacate the currently scheduled July 9, 2025 status conference, and set change of plea hearing on August 4, 2025. The parties agree and request the Court find the following:

1. The Indictment charges Mr. Valencia with a violation 18 U.S.C. § 922(g) – Felon in possession of a firearm. If convicted, Mr. Valencia faces up to 15 years in prison.

2. There is currently a status conference set on July 9, 2025. ECF Dckt. # 15.

3. The parties request that the Court vacate the currently scheduled status conference and set change of plea hearing on August 4, 2025, at 9:30 a.m.

//

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., shall be excluded on the following bases:

    a. Counsel requires additional time to review discovery, consult with their clients, conduct necessary investigation, and prepare for sentencing. Counsel believes that failure to grant a continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

**IT IS SO STIPULATED.**

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 2, 2025                    */s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
DANIEL J. VALENCIA


PHILLIP A. TALBERT
United States Attorney

Date: July 2, 2025                    */s/ Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The currently scheduled July 9, 2025 is vacated. A change of plea hearing is hereby set for August 4, 2025, at 9:30 a.m. before the Honorable Kirk E. Sheriff. For the reasons set forth in the parties' stipulation, the time period of July 9 2025 and August 4, 2025, inclusive, is excluded in computing the time within which trial must commence under pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: __July 2, 2025__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE