IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**DANIEL JOSEPH VALENCIA**

Defendant.

CR NO: 1:24-CR-00264-KES-EPG

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Daniel Joseph Valencia

Detained at: Pleasant Valley State Prison

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 United States Code § 922(g)(1)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Signature: /s/ Luke Baty

Printed Name & Phone No: Luke Baty / 559-286-7756

Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 17, 2026

Honorable Kirk E. Sherriff
U.S. DISTRICT COURT JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | | DOB: | 5/3/1998 |
| Facility Address: | 24863 West Jayne Ave. Coalinga, CA | Race: | White |
| Facility Phone: | (559) 935-4900 | FBI#: | TJNR91CP3 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: ____________________ ____________________
(signature)